UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>             Plaintiff,<br><br>     v.<br><br>SINGAPORE KOPITIAM, LLC,<br><br>             Defendant. | Case No. 21-cv-05899-SVK<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. Nos. 14, 15 |

Plaintiff reports that Defendant has until December 9, 2021 to perform. Dkt. 15. Accordingly, by **December 9, 2021**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **December 16, 2021 at 1:30 p.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **December 9, 2021**, describing with specificity (1) the parties' efforts to finalize settlement within the time provided, and (2) whether additional time is necessary, the reasons therefor, and the minimum amount of time required to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: November 24, 2021

                                                                              _____
                                                                              SUSAN VAN KEULEN
                                                                              United States Magistrate Judge